IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIELLE R GEIER,

    Plaintiff,

v.   CASE NO. 1:07-cv-00020-MP-WCS

MICHAEL J ASTRUE,
LINDA S MCMAHON,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, the Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections, but none have been filed. The Court agrees that substantial evidence existed to support the decision that Claimant, who testified that she is married, can use a computer to email people, cleans the house, does the cooking, and takes care of animals, retains the capacity to perform various jobs in the community despite borderline intellect.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order, and the decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _28th_ day of February, 2008

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge